UNITED STATES DISTRICT COURT **WP4**
SOUTHERN DISTRICT OF NEW YORK

LISA GREENE,                                          ) Case No. 07CV

Plaintiff(s),                                         ) **07 CV. 6690**

vs.                                                    )    **FED. RULE 7.1(a)**
                                                       )  **DISCLOSURE STATEMENT**
                                                       )
PATRON SYSTEMS, INC., ROBERT YAW,       ) **Civil Action No. 2007/5544**
as an officer director and ROBERT YAW,  )
individually, PETER BISTRIAN, ALAN F.   )
MARKOVITZ, JANE DOE and JOHN DOE,       )
1-10 whose real names and identities are )
unknown to the Plaintiff at this time,  )
                                                       )
Defendant(s).                                          )
                                                       )
                                                       )
_____      )

    DOUGLAS R. DOLLINGER, and attorney admitted to practice in this Court

declares as follows:

    Pursuant to Rule 7.1(a) of the federal Rules of Civil Procedure, the undersigned

attorney for Plaintiff states that the Plaintiff herein is a private citizen non-

governmental party, and certifies that Defendant *PATRON* is a public company there

are public shareholders which could effect or are applicable to the disclosure in this

action under the law the Defendant *YAW, BISTRIAN* and *MARKOVITZ* are private

citizens.

Dated: Newburgh, New York
    July 20, 2007

            Yours, etc.,_____

                        DOUGLAS R. DOLLINGER

Attorney for Plaintiff
P.O. Box 1111
96 Broadway
City of Newburgh
Newburgh, New York 12550
Tele. (845) 562-9601