UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

LISA GREENE,

        Plaintiff,   :   **O R D E R**

- against -   :   07 Civ. 6690 (NRB)

PATRON SYSTEMS, INC., ROBERT YAW, PETER
BISTRIAN, ALAN F. MARKOWITZ, AND
JANE/JOHN DOE,

        Defendant.

------------------------------------x

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    The complaint in this action having been filed on July 25, 2007, and the Court having informed plaintiff's counsel by letter, dated October 25, 2007 of the obligation pursuant to Rule 4(m) of the Federal Rules of Civil Procedure to serve the summons and complaint within 120 days of filing, and no response to that letter having been received, and there being no evidence of service, it is hereby

    ORDERED that the complaint be dismissed without prejudice.

DATED:    New York, New York
           November 26, 2007

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 11/26/07]*