UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

LISA GREENE,

              Plaintiff,    :    **O R D E R**

   - against -           :    07 Civ. 6690 (NRB)

PATRON SYSTEMS, INC., ROBERT YAW,
PETER BISTRIAN, ALAN F.
MARKOWITZ, AND JANE/JOHN DOE,

             Defendants.  :

---------------------------------x



**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the complaint in this action was dismissed without prejudice for failure to serve the defendants within the time provided by Fed. R. Civ. P. 4(m); and

    **WHEREAS** the plaintiff belatedly notified the Court that defendants Robert Yaw, Peter Bistrian, and Patron Systems, Inc. were timely served; it is

    **ORDERED** that the Court's order dismissing the complaint is withdrawn as to defendants Patron Systems, Inc., Robert Yaw, Peter Bistrian, and Jane/John Doe.

DATED:    New York, New York
           November 29, 2007

                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

Douglas R. Dollinger
96 Broadway
Newburgh, NY 12550