*Douglas R. Dollinger*

*Counselor at Law*

*Admitted to Both*
*State & Federal Practice*

40 Matthews Street - Suite 101
Village of Goshen
Goshen, New York 10924
www.dollingerlaw.com

*Telephone*
(845) 294-2771
(888) Civi Law
*Fax*
(845) 294-2772

*Affiliate Offices*
San Diego-California
New York City-New York

MEMO ENDORSED

February 4, 2008

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312
Attn.: Chambers Hon. Naomi Reice Buchwald USDCJ

Re: Greene v. Patron, et al.
07 Civ. 06690(NRB)

Madam Justice Buchwald:

In a follow-up to the status on the above referenced matter, I have been in contact with the claims adjustor for APRM Insurance Company, Ms. Connie Piarowski.

Notwithstanding the Bankruptcy filing of Defendant Patron System Inc., it appears that there will be coverage on the Plaintiff's claims. To this end, I have been requested by personal Counsel for the Defendant Robert Yaw, an officer of Patron, to extend time to serve his Answer in this matter inasmuch as APRM will most likely be appearing for Mr. Yaw in his formal capacity. In addition, it appears that APRM will be required to appear for Mr. Bistrian, a consultant for Patron, who is confined to a federal prison in Philadelphia.

I anticipate further communication and resolution of these issues with the next three weeks and will advised the parties to formally communicate with the Court. In addition, I will report the case status to the Court at the beginning of March.

Respectfully,

Douglas R. Dollinger

DRD/nd
CC: All Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/08

Endorsement:
Defendant Yaw's time to answer or move with respect to this complaint is adjourned until March 7, 2008. No further adjournments should be expected.
So Ordered.
[signature]
2/20/08