UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

LISA GREENE,

                Plaintiff(s),           CASE NO. 07-CV.-6690

     v.

PATRON SYSTEMS, INC., ROBERT YAW,        VERIFIED ANSWER
As an office director and ROBERT YAW,        TO COMPLAINT
Individually, PETER BISTRIAN, ALAN F.
MARKOVITZ, JANE DOE and JOHN DOE,
1-10 whose real names and identities are
unknown to the Plaintiff at this time,

                Defendant(s).
———————————————————————X

    Defendant, **ROBERT YAW** (MR. YAW), by their attorneys, **BIVONA & COHEN, P.C.**, as and for his Answer to the plaintiff's complaint alleges upon information and belief:

    1.    Defendant denies each and every allegation of the paragraph of the complaint designated "1".

    2.    Defendant denies each and every allegation of the paragraph of the complaint designated "2".

    3.    Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "3".

    4.    Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "4".

    5.    Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "5".

6.  Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "6".

7.  Defendant denies each and every allegation of the paragraph of the complaint designated "7".

8.  Defendant denies each and every allegation of the paragraph of the complaint designated "8".

9.  Defendant denies each and every allegation of the paragraph of the complaint designated "9".

10. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "10".

11. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "11".

12. Defendant denies each and every allegation of the paragraph of the complaint designated "12".

13. Defendant denies each and every allegation of the paragraph of the complaint designated "13".

14. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "14".

15. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "15".

16. Defendant denies each and every allegation of the paragraph of the complaint designated "16".

17. Defendant denies each and every allegation of the paragraph of the complaint designated "17".

18. Defendant denies each and every allegation of the paragraph of the complaint designated "18".

19. Defendant denies each and every allegation of the paragraph of the complaint designated "19".

20. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "20".

21. Defendant denies each and every allegation of the paragraph of the complaint designated "21".

22. Defendant denies each and every allegation of the paragraph of the complaint designated "22".

23. Defendant denies each and every allegation of the paragraph of the complaint designated "23".

## AS AND FOR A RESPONSE TO PLAINTIFF'S COUNT I

24. In response to paragraph "24" of the complaint, this answering defendant repeats, reiterates and re-alleges each and every response to allegations of the paragraphs of the complaint designated *"1"* through *"23"* as if more fully set forth at length herein.

25. Defendant denies each and every allegation of the paragraph of the complaint designated "25".

26. Defendant denies each and every allegation of the paragraph of the complaint designated "26".

27. Defendant denies each and every allegation of the paragraph of the complaint designated "27".

28. Defendant denies each and every allegation of the paragraph of the complaint designated "28".

29. Defendant denies each and every allegation of the paragraph of the complaint designated "29".

30. Defendant denies each and every allegation of the paragraph of the complaint designated "30".

31. Defendant denies each and every allegation of the paragraph of the complaint designated "31".

32. Defendant denies each and every allegation of the paragraph of the complaint designated "32".

33. Defendant denies each and every allegation of the paragraph of the complaint designated "33".

## AS AND FOR A RESPONSE TO PLAINTIFF'S COUNT II

34. In response to paragraph "34" of the complaint, this answering defendant repeats, reiterates and re-alleges each and every response to allegations of the paragraphs of the complaint designated *"1"* through *"33"* as if more fully set forth at length herein.

35. Defendant denies each and every allegation of the paragraph of the complaint designated "35".

36. Defendant denies each and every allegation of the paragraph of the complaint designated "36".

## AS AND FOR A RESPONSE TO PLAINTIFF'S COUNT III

37. In response to paragraph "37" of the complaint, this answering defendant repeats, reiterates and re-alleges each and every response to allegations of

the paragraphs of the complaint designated *"1"* through *"36"* as if more fully set forth at length herein.

38. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "38".

39. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "39".

40. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "40".

41. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "41".

42. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "42".

43. Defendant denies each and every allegation of the paragraph of the complaint designated "43".

44. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "44".

45. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "45".

46. Defendant denies each and every allegation of the paragraph of the complaint designated "46".

47. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "47".

48. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "48".

## AS AND FOR A RESPONSE TO COUNT IV

49. In response to paragraph "49" of the complaint, this answering defendant repeats, reiterates and re-alleges each and every response to allegations of the paragraphs of the complaint designated *"1"* through *"48"* as if more fully set forth at length herein.

50. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "50".

51. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "51".

52. Defendant denies each and every allegation of the paragraph of the complaint designated "52".

53. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "53".

## AS AND FOR A RESPONSE TO PLAINTIFF'S COUNT V

54. In response to paragraph "54" of the complaint, this answering defendant repeats, reiterates and re-alleges each and every response to allegations of the paragraphs of the complaint designated *"1"* through *"53"* as if more fully set forth at length herein.

55. Defendant denies each and every allegation of the paragraph of the complaint designated "55".

56. Defendant denies each and every allegation of the paragraph of the complaint designated "56".

57. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "57".

58. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "58".

59. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "59".

60. Defendant denies each and every allegation of the paragraph of the complaint designated "60".

### AS AND FOR A RESPONSE TO PLAINTIFF'S COUNT VI

61. In response to paragraph second "61" of the complaint, this answering defendant repeats, reiterates and re-alleges each and every response to allegations of the paragraphs of the complaint designated *"1"* through *"60"* as if more fully set forth at length herein.

62. Defendant denies each and every allegation of the paragraph of the complaint designated "62".

63. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "63".

64. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "64".

65. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "65".

66. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation of the paragraph of the complaint designated "66".

67. Defendant denies each and every allegation of the paragraph of the complaint designated "67".

## DEFENSES AND AFFIRMATIVE DEFENSES

68.  The complaint fails to state a claim upon which relief may be granted.

69.  Plaintiff's claims of fraud and negligent representation are barred by the applicable statute of limitations.

70.  This action and any relief sought by plaintiff is barred, in whole or in part, by such additional defenses as defendants may have that cannot now be articulated due to the generality or portions of plaintiff's pleadings and because discovery has not been completed. Accordingly, defendants reserve the right to supplement the foregoing and to raise additional defenses as may appear as the case progresses.

**WHEREFORE,** the answering defendant, **ROBERT YAW,** demands judgment dismissing the complaint of the plaintiff against defendant, and for costs and disbursements against the adverse parties.

Dated:   New York, New York
         March 6, 2008

Yours, etc.,

BIVONA & COHEN, P.C.
Attorneys for Defendant
**ROBERT YAW**
Wall Street Plaza
88 Pine Street, 17th Floor
New York, New York  10005
(212) 363-3100

BY: _____
JOHN V. BIVONA, ESQ.

TO:    Douglas R. Dollinger, Esq.
        Attorney for Plaintiff
        40 Matthews Street, Suite 101
        Goshen, New York 10924

        United States District Court
        Southern District of New York
        500 Pearl Street
        New York, New York 10007-1312
        Attn: Chambers Hon. Naomi Reice Buchwald  USDCJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————X
LISA GREENE,

                    Plaintiff(s),             **CASE NO.  07-CV.-6690**

    v.

PATRON SYSTEMS, INC., ROBERT YAW,      **ATTORNEY'S VERIFICATION**
As an office director and ROBERT YAW,
Individually, PETER BISTRIAN, ALAN F.
MARKOVITZ, JANE DOE and JOHN DOE,
1-10 whose real names and identities are
unknown to the Plaintiff at this time,

                    Defendant(s).
———————————————————————————X

    JOHN V. BIVONA, ESQ., an attorney-at-law, affirms, under the penalties of perjury, as follows:

    That he is a partner of the law firm of BIVONA & COHEN, P.C., attorneys for the defendant, ROBERT E. YAW, in the within action; that deponent has read the foregoing Verified Answer, and knows the contents thereof; that the same is true to deponent's own knowledge except as to the matters therein stated upon information and belief and as to those matters, deponent believes them to be true.

    Deponent further states that the grounds for deponent's belief as to all matters not stated upon deponent's knowledge and the source of deponent's knowledge as to all the matters therein stated is the evidence in deponent's possession.

    Deponent further states that the reason why this verification is not made by the deponent is that said defendant is not now located within the County where deponent's firm has its office.

Dated:      New York, New York
              March 6, 2007

                                                /s/ JOHN V. BIVONA
                                                JOHN V. BIVONA, ESQ.

STATE OF NEW YORK           ]
                            ] ss.:
COUNTY OF NEW YORK          ]

NINA DAZZO, being duly sworn, deposes and says:

I am not a party to the within action and, am over 18 years of age and reside in Staten Island, New York, that on the 6th day March 2008, I served a true copy of the enclosed VERIFIED ANSWER, by mailing same in a sealed envelope with postage prepaid, at an official depository of the United States Post Office, addressed to the last known address of the addressee(s) listed below:

_____
NINA DAZZO

TO:   Douglas R. Dollinger, Esq.
      Attorney for Plaintiff
      40 Matthews Street, Suite 101
      Goshen, New York 10924

      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, New York  10007-1312
      Attn:  Chambers Hon. Naomi Reice Buchwald  USDCJ

Sworn to before me this
 6th   day of March 2008

_____
NOTARY PUBLIC

MAUREEN A. SPENCER
Notary Public, State of New York
No. 01SP4949495
Qualified in Richmond County
Commission Expires May 30, 2007

Index No.                           Year 20
**07 CIV-6690**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**LISA GREENE,**

                                                                    Plaintiff(s),

- against -

**PATRON SYSTEMS, INC., ROBERT YAW,**
**As an office director and ROBERT YAW,**
**Individually, PETER BISTRIAN, ALAN F.**
**MARKOVITZ, JANE DOE and JOHN DOE,**
**1-10 whose real names and identities are**
**unknown to the Plaintiff at this time,**

                                                                    Defendant(s).

---

## VERIFIED ANSWER

---

Attorneys for       **BIVONA & COHEN, P.C.**
                    **Defendant**
                    88 PINE STREET
                    WALL STREET PLAZA
                    NEW YORK, N.Y. 10005-1886
                    (212) 363-3100

---

*To:*

*Attorney(s) for*

---

*Service of a copy of the within*                                          *is hereby admitted.*

*Dated:*

                    . . . . . . . . . . . . . . . . . . . . . . . . . . .

                                *Attorney(s) for*

---

*PLEASE TAKE NOTICE*

☐ NOTICE OF ENTRY    that the within is a (certified) true copy of a
                     entered in the office of the clerk of the within named court on          20

☐ NOTICE OF SETTLEMENT   that an Order of which the within is a true copy will be presented for settlement to the Hon.
                         one of the judges of the within named Court,
                     at
                     on                        20       , at            M.

*Dated:*

                                                                    **BIVONA & COHEN, P.C.**
                                                                    *Attorneys for*
                                                                    88 PINE STREET
                                                                    WALL STREET PLAZA
                                                                    NEW YORK, N.Y. 10005-1886

*To:*