UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

LISA GREENE,

                Plaintiff(s),          CASE NO. 07-CV.-6690

      v.

PATRON SYSTEMS, INC., ROBERT YAW,      **NOTICE OF**
As an office director and ROBERT YAW,     **APPEARANCE**
Individually, PETER BISTRIAN, ALAN F.
MARKOVITZ, JANE DOE and JOHN DOE,
1-10 whose real names and identities are
unknown to the Plaintiff at this time,

                Defendant(s).
------------------------------------------------------X

C O U N S E L O R S:

    PLEASE TAKE NOTICE, that the defendant, **ROBERT YAW,** hereby appears in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that a copy o the Verified Answer and all papers in this action be served upon the undersigned at the office and post-office address stated below.

Dated:    New York, New York
           March 17, 2008

                                          BIVONA & COHEN, P.C.
                                          Attorneys for Defendant
                                          **ROBERT YAW**
                                          Wall Street Plaza
                                          88 Pine Street, 17th Floor
                                          New York, New York  10005
                                          (212) 363-3100

TO:  Douglas R. Dollinger, Esq.
     Attorney for Plaintiff
     40 Matthews Street, Suite 101
     Goshen, New York 10924

     United States District Court
     Southern District of New York
     500 Pearl Street
     New York, New York  10007-1312
     Attn:  Chambers Hon. Naomi Reice Buchwald  USDCJ

STATE OF NEW YORK    )
                            ss:
COUNTY OF NEW YORK )

**NINA DAZZO**, being duly sworn, hereby deposes and says as follows:

I am not a party to this action and I am over the age of eighteen (18) years and reside in Staten Island, New York.

On March _17_, 2008, I served the within **NOTICE OF APPEARANCE** on the attorneys and parties listed below at the addresses designated by said attorneys and parties for that purpose, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post-office-official depository, under the exclusive care and custody of the United States Postal Service within New York State.

_____
NINA DAZZO

TO:
DOUG R. DOLLINGER, ESQ.
Attorney for Plaintiff
40 Matthews Street
Goshen, New York  10924

UNITED STATES DISTRICT COURT
Southern District of New York
500 Pearl Street
New York, New York  10007-1312

Sworn to before me
March _17_, 2008

_____
NOTARY PUBLIC

JOHN V. BIVONA
Notary Public, State of New York
No. 31-4970258
Qualified in New York County
Commission Expires August 6, 20_10_

Index No. 07 CIV-6690   Year 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LISA GREENE,

                                                                      Plaintiff(s),

- against -

PATRON SYSTEMS, INC., ROBERT YAW,
As an office director and ROBERT YAW,
Individually, PETER BISTRIAN, ALAN F.
MARKOVITZ, JANE DOE and JOHN DOE,
1-10 whose real names and identities are
unknown to the Plaintiff at this time,

                                                                      Defendant(s).

---

## NOTICE OF APPEARANCE

---

*Attorneys for*     **BIVONA & COHEN, P.C.**
                            **Defendant**
                          88 PINE STREET
                       WALL STREET PLAZA
                   NEW YORK, N.Y. 10005-1886
                         (212) 363-3100

---

To:

*Attorney(s) for*

---

*Service of a copy of the within*                                                *is hereby admitted.*

*Dated:*

                                                               *Attorney(s) for*

---

*PLEASE TAKE NOTICE*

Check Applicable Box

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named court on       20

☐ **NOTICE OF SETTLEMENT**
that an Order of which the within is a true copy will be presented for settlement to the Hon.
    one of the judges of the within named Court,
at
on                 20    , at         M.

*Dated:*

                                                          **BIVONA & COHEN, P.C.**
                                             *Attorneys for*
                                                         88 PINE STREET
                                                    WALL STREET PLAZA
                                               NEW YORK, N.Y. 10005-1886

To: