**MEMO ENDORSED**

# BIVONA & COHEN, P.C.
*Counselors at Law*

| | | | | |
|---|---|---|---|---|
| JOHN V BIVONA | JOSEPH V FIGLIOLO | WALL STREET PLAZA, 88 PINE STREET | SANDRA BELLI △ | MICHAEL J SLEVIN |
| SIDNEY COHEN (1926-2003) | MARLENE MONTELEONE | NEW YORK, NY 10005-1886 | PAMELA T BAIN △ | MICHAEL K DVORKIN |
| DONALD T DIFRANCESCO △ | DAVID P WADYKA △ | TEL (212) 363 3100 FAX (212) 363-9824 | RAYMOND J STINE △ | ANTHONY J MCNULTY |
| HARRY A YOSPIN △ | ALBERT E CRUZ △ | BC@BIVONACOHEN.COM | WILLIAM J WILLARD △ | MICHAEL I SELTZER |
| STEVEN A KUNZMAN △ | TIMOTHY P BECK △ | | MICHAEL V CRESITELLO JR. △ | STEPHEN J HUBEL |
| EUGENE L HOLT, PH D | RICHARD J GUSS △ | LAURENCE A DORNSTEIN | JOHN J RUSSO △ | MATTHEW C DORSI △ |
| JAN MICHAEL RYFKOGEL † | PAUL R RIZZO △ | 9025 WILSHIRE BOULEVARD, FIFTH FLOOR | PATRICK F STEINBAUER | JAMES M HARDING △ |
| STEPHEN O DAVIS △ | V ANTHONY DIGIROLAMO △ | BEVERLY HILLS CA 90211 | JOHN M MASTRANDREA | KRISTA HALEY △ |
| JOSEPH E KELLY, JR. † | LISA M FITTIPALDI △ | TEL (310) 553-4114 | BETH A SAYDAK | LAUREN R STAGER △ |
| JEFFREY B LEHRER △ | RICHARD R AHSLER △ | FAX (310) 278-2271 | IAN H KAUFMAN | JOSHUA BEINHAKER △ |
| ALAN R MELLER | JAMES J MCILOUGHNEY △ | | ELIO M DI SFERRARDINO | THOMAS BASTA △ |
| RICHARD P FLAUM △ | JOHN BECHELE † ○ | DIFRANCESCO, BATEMAN, COLEY, YOSPIN, | JOSEPH V SORDILLO △ | ALYSSA V YULIS △ |
| LAURENCE A DORNSTEIN □ | ANTHONY BROWN △ | KUNZMAN, DAVIS & LEHRER PC | KEVIN I DONNELLY | VICTORIA D BRITTON △ |
| MARTIN ALLEN △ | GREGORY J RITTER ○ | 15 MOUNTAIN BOULEVARD | W RICHARD KROFGER | GERALD G COWEN |
| CHRISTOPHER BATEMAN △ | MITCHEL CHUSID ○ | WARREN NJ 07059-6327 | STEPHEN M MARCUSA | CURTIS B GILFILLAN |
| RICHARD M FEDROW | MITCHELL R KATZ ○ | TEL (908) 757 7800 | ERIN M FERRONE | ADAM J SILBERT |
| ANDREW SAPON | RICHARD A KUBICK | FAX (908) 757-8099 | | |
| MICHAEL C MODANSKY | ADAM B CURTIS | | | |
| JAMES E HAY △ | JOSEPH E BOURY | RITTER CHUSID BIVONA & COHEN LLP | | |
| JOHN P BELARDO △ | | 370 WEST CAMINO GARDENS BLVD STE 324 | | |
| ROBERT G MACCHIA † | | BOCA RATON FL 33432 | | |
| RODERICK J COYNE * | | TEL (561) 394-2160 | | |
| | | FAX (561) 394-2582 | | |
| | | E-MAIL RCATTYS@AOL.COM | | |
| | | | | |
| | | BIVONAS LTD | | |
| | | 24 CORNHILL | | |
| | | LONDON ENGLAND EC 3-V3ND | | |
| OF COUNSEL | EDWIN D KUNZMAN △ | TEL 011 44 (0) 20 7337 2600 FAX 011 44 (0) 20 7337-2601 | | |
| | BRUCE A FELDMAN * | E MAIL INFO@BIVONAS.COM | | |
| △ NJ | JOHN E COLEY, JR. △ | | | |
| † NY NJ | SANTINA M BONBACI △ | | | |
| * NY RI | | | | |
| ◇ FL | | | | |
| ○ CA | | | | |
| □ LONDON | | | | |

May 15, 2008

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Attention:   Honorable Naomi Reice Buchwald

RE:   Lisa Greene v. Patron Systems, Inc., Robert Yaw, et al
      Case #:      07 CIV 6690
      Our File #:  36-29444 (JVB)

Honorable Judge Buchwald:

This office represents the defendant, Robert Yaw in the above case and I am writing jointly with the plaintiff's counsel to advise the Court with respect to developments in this matter since the initial conference on April 16, 2008.

At the April 16th conference we advised the Court that defendant Yaw was a former officer of defendant Patron Systems, which is now in bankruptcy in Colorado. At that time we were aware that defendant Patron Systems had a relevant insurance policy with Lloyds of London but we did not have a policy number or contact information with respect to the handling syndicate at Lloyds of London.

Subsequent to the conference we were advised by the bankruptcy counsel for Patron Systems that he was able to determine that the policy in question was Lloyds of London policy number FD 0705634. We were also provided with contact information and we have tendered the defense of Mr. Yaw to Lloyds of London. We

*[Handwritten endorsement:]* The parties shall report to The Court no later than June 9, 2008. Even if The insurance coverage issues are not resolved, The parties shall be prepared to proceed. So Ordered. /s/ Naomi Reice Buchwald USDJ 5/19/08

United States District Court
Southern District of New York
Honorable Naomi Reice Buchwald
Our File #: 36-29444
Page 2

currently await a response from London and note that defendant Patron Systems, which is in default in this action, may also be entitled to coverage under the said policy.

While the parties would like to proceed with discovery, under the circumstances it would be appropriate to await an acknowledgment of coverage by the insurance carrier so that the real party in interest can participate in discovery. Furthermore, based upon the facts of this matter, the insurance carrier may wish to explore settlement prior to proceeding with litigation.

Therefore, it is jointly requested that the parties be given approximately 45 days to pursue the above. It is respectfully requested that the parties be permitted to report back to the Court by June 30, 2008 with respect to the status of the case.

Respectfully submitted,

RICHARD M. FEDROW

RFM/nd

cc: Douglas R. Dollinger, Esq.
40 Matthew Street
Goshen, NY 10924

BIVONA & COHEN, P.C.